Appeal from Chancery Court, Coahoma County; Partee L. Denton, Chancellor.
Semmes Luckett, Leon L. Porter, Jr., Clarksdale, for appellants.
Holcomb, Dunbar, Connell, Merkel & Tol-lison, Jack F. Dunbar, Clarksdale, for appel-lee.
Before PATTERSON, P. J., SUGG and WALKER, JJ., and WILLIAM NEVILLE, Commissioner.
REVERSED AND RENDERED EXCEPT POINT 5 OF THE TRIAL COURT’S OPINION WHICH IS AFFIRMED.
GILLESPIE, C. J., INZER, P. J., and SMITH, ROBERTSON, BROOM and LEE, JJ., concur.